

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

| | | |
|---|---|---|
| Herlinda Arreola De Vega, | § | No. 08-19-00236-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Gustavo Vega Munoz | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCM7176) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 22, 2020.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Enrique Lopez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 22, 2020.

IT IS SO ORDERED this 24th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.